UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TURNBERRY ASSET MANAGEMENT, on behalf of itself and other others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VIISAGE TECHNOLOGY, INC., BERNARD C. BAILEY, WILLIAM K. AULET, DENIS K. BERUBE, BUDDY G. BECK, MARCEL YON, THOMAS J. REILLY, CHARLES E. LEVINE, HARRIET MOUCHLY-WEISS, PAUL T. PRINCIPATO and PETER NESSEN.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-10725 MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION TO EXTEND THE TIME FOR
DEFENDANTS TO RESPOND TO THE COMPLAINTS**

The parties, through their undersigned counsel, hereby stipulate and agree that the time in which Defendants shall have to answer, move or otherwise respond to the Complaints in the above-captioned actions shall be extended until thirty (30) days after the Court has appointed a Lead Plaintiff in these actions.

STIPULATED AND AGREED:

TURNBERRY ASSET MANAGEMENT,

By its attorneys,

_____
Jeffrey C. Block (BBO #600747)
**BERMAN DEVALERIO PEASE
TABACCO BURT & PUCILLO**
One Liberty Square
Boston, MA 02109
Tel: (617) 542-8300

Dated: May 3, 2005

VIISAGE TECHNOLOGY, INC., ET AL.

By its attorneys,

_____
Mitchell H. Kaplan, P.C. (BBO #258940)
**CHOATE, HALL & STEWART**
Exchange Place, 53 State Street
Boston, MA 02109
Tel.: (617) 248-5000