UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| ERNESTO DARQUEA, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :    **Case No. 1:05-cv-10438-MLW** <br> : |
| VIISAGE TECHNOLOGY, INC., <br> BERNARD BAILEY, WILLIAM K. <br> AULET, and DENIS K. BERUBE, | : <br> : <br> : <br> : |
| Defendants. | : |

**MOTION OF THE TURNBERRY ASSET GROUP FOR CONSOLIDATION,
APPOINTMENT OF LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S
<u>SELECTION OF CO-LEAD COUNSEL AND LIAISON COUNSEL</u>**

| | | |
|---|---|---|
| GERALD D. BRODER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Case No. 1:05-cv-10475-MLW** |
| | : | |
| VIISAGE TECHNOLOGY, INC., BERNARD BAILEY, WILLIAM K. AULET, and DENIS K. BERUBE, | : | |
| | : | |
| Defendants. | : | |
| JOHN FLYNN, On Behalf of Himself and All Others Similarly Situated, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Case No. 1:05-cv-10498-MLW** |
| | : | |
| VIISAGE TECHNOLOGY, INC., BERNARD BAILEY, WILLIAM K. AULET, and DENIS K. BERUBE, BUDDY G. BECK, MARCEL YON, and THOMAS J. REILLY, | : | |
| | : | |
| Defendants. | : | |
| MIN CHANG, Individually, and On behalf of All Others Similarly Situated, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | **Case No. 1:05-cv-10537-MLW** |
| | : | |
| VIISAGE TECHNOLOGY, INC., BERNARD BAILEY, WILLIAM K. AULET, and DENIS K. BERUBE, | : | |
| | : | |
| Defendants. | : | |

|  |  |  |
|---|---|---|
| JOSEPH MARTIN, On Behalf of Himself and All Others Similarly Situated, | : : : | |
| Plaintiff, | : : | |
| v. | : : | **Case No. 1:05-cv-10577-MLW** |
| VIISAGE TECHNOLOGY, INC., BERNARD BAILEY, WILLIAM K. AULET, and DENIS K. BERUBE, | : : : : : : | |
| Defendants. | : : | |
| DAPENG LUO, | : : : | |
| Plaintiff, | : : | |
| v. | : : | **Case No. 1:05-cv-10615-MLW** |
| VIISAGE TECHNOLOGY, INC., BERNARD BAILEY, WILLIAM K. AULET, DENIS K. BERUBE, BUDDY G. BECK, MARCEL YON, THOMAS J. REILLY, and CHARLES E. LEVINE | : : : : : : | |
| Defendants. | : | |

| | | |
|---|---|---|
| WAYNE CLARK, Individually and on behalf of All Others Similarly Situated, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | **Case No. 1:05-cv-10578-MLW** |
| VIISAGE TECHNOLOGY, INC., BERNARD BAILEY, WILLIAM K. AULET, and DENIS K. BERUBE, | : : : : : | |
| Defendants. | : : | |
| OLYMPIA LEVINSON STIEGELE, | : : : | |
| Plaintiffs, | : : : | |
| v. | : : | **Case No. 1:05-cv-10677-MLW** |
| BERNARD BAILEY, PAUL T. PRINCIPATO, PETER NESSEN, THOMAS J. REILLY, B. G. BECK. CHARLES E. LEVINE, WILLIAM K. AULET, and VIISAGE TECHNOLOGY, INC., | : : : : : : : | |
| Defendants. | : | |

|  |  |
|---|---|
| TURNBERRY ASSET MANAGEMENT, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> VIISAGE TECHNOLOGY, INC., BERNARD BAILEY, WILLIAM K. AULET, DENIS K. BERUBE, BUDDY G. BECK, MARCEL YON, THOMAS J. REILLY, CHARLES E. LEVINE, HARRIET MOUCHLY-WEISS, PAUL T. PRINCIPATO, and PETER NESSEN, <br><br> Defendants. | **Case No. 1:05-cv-10725-MLW** |

Turnberry Asset Management, Electronic Trading Group L.L.C., Ronald Sauer, and David and Lance Hancock (collectively, the "Turnberry Asset Group " or "Movants"), by their counsel, hereby move this Court for an Order:  (i) consolidating the above-captioned actions; (ii) appointing the Turnberry Asset Group as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and (iii) approving the Turnberry Asset Group's selection of Entwistle & Cappucci LLP and Klafter & Olsen LLP as Co-Lead Counsel, and Berman DeValerio Pease Tabacco Burt & Pucillo as Liaison Counsel of the actions, pursuant to the PSLRA.  In support of this Motion, Movants submit herewith a Memorandum of Law, a Declaration, and a [Proposed] Order.

## REQUEST FOR ORAL ARGUMENT

Movants respectfully request oral argument on this motion.

DATED:   May 9, 2005
         Boston, Massachusetts

                                              Respectfully submitted:

                                              **BERMAN DEVALERIO PEASE**
                                              **TABACCO BURT & PUCILLO**
                                              By: /s/ _Leslie R. Stern_____
                                              Leslie R. Stern, Esq. (BBO #631201)
                                              One Liberty Sqaure
                                              Boston, MA 02109
                                              Telephone: (617) 542-8300
                                              *Proposed Liaison Counsel*

                                              **ENTWISTLE & CAPPUCCI LLP**
                                              Vincent R. Cappucci
                                              Stephen D. Oestreich
                                              Robert N. Cappucci
                                              299 Park Avenue
                                              New York, NY 10171
                                              (212) 894-7200

                                              **KLAFTER & OLSEN LLP**
                                              Jeffrey A. Klafter
                                              Kurt B. Olsen
                                              1311 Mamaroneck Ave., Suite 220
                                              White Plains, NY 10602
                                              (212) 997-5656
                                              *Proposed Co-Lead Counsel*

**LOCAL RULE 7.1 CERTIFICATE**

I, William W. Wickersham, hereby certify that on May 9, 2005, I consulted by telephone with Mitchell H. Kaplan, Esquire, of Choate Hall & Stewart LLP, counsel for defendants concerning the within Motion to Consolidate, which defendants do not oppose, but take no position with regard to actions that have not yet been served on defendants or their counsel.  I also informed Mr. Kaplan of the Motion for Appointment of Lead Plaintiff, and Approval of Lead Plaintiffs' Selection of Co-Lead Counsel and Liaison Counsel.  The issue cannot be resolved or narrowed because the filing of the Motion is required by statute.

/s/ William W. Wickersham
William W. Wickersham