UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TURNBERRY ASSET MANAGEMENT, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VIISAGE TECHNOLOGY, INC., BERNARD C. BAILEY, WILLIAM K. AULET, DENIS K. BERUBE, BUDDY G. BECK, MARCEL YON, THOMAS J. REILLY, CHARLES E. LEVINE, HARRIET MOUCHLY-WEISS, PAUL T. PRINCIPATO, and PETER NESSEN,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-10725 MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter the appearance of Mitchell H. Kaplan on behalf of the defendants in this action.

VIISAGE TECHNOLOGY, INC., ET AL.

By their attorneys,

/s/ Mitchell H. Kaplan
Mitchell H. Kaplan, P.C. (BBO #258940)
**CHOATE, HALL & STEWART**
Exchange Place, 53 State Street
Boston, MA  02109
Tel.: (617) 248-5000

Dated:  May 18, 2005

3926124v1