UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
TURNBERRY ASSET MANAGEMENT, On Behalf of )
Itself and All Others Similarly Situated,    )
                                             )
           Plaintiff,                        )
                                             )
       v.                                    )   Civil Action No. 05-10725 MLW
                                             )
VIISAGE TECHNOLOGY, INC., BERNARD C.         )
BAILEY, WILLIAM K. AULET, DENIS K. BERUBE,   )
BUDDY G. BECK, MARCEL YON, THOMAS J.         )
REILLY, CHARLES E. LEVINE, HARRIET           )
MOUCHLY-WEISS, PAUL T. PRINCIPATO, and       )
PETER NESSEN,                                )
                                             )
           Defendants.                       )
_____

**NOTICE OF CHANGE OF ADDRESS OF COUNSEL**

Pursuant to Rule 83.5.2 (e) of the Local Rules of the United States District Court for the District of Massachusetts, please take notice that as of Monday August 1, 2005, the address of Choate, Hall & Stewart LLP, counsel for Defendants Bernard C. Bailey, William K. Aulet, Denis K. Berube, B. G. Beck, Marcel Yon, Thomas J. Reilly, Charles E. Levine, Harriet Mouchly-Weiss, Paul T. Principato, Peter Nessen, and Viisage Technology, Inc., will change to Two International Place, Boston, MA 02110, (617) 248-5000.

                                        VIISAGE TECHNOLOGY, INC., ET AL.

                                        By their attorneys,


                                        /s/ Aloknanda S. Bose
                                        Mitchell H. Kaplan, P.C. (BBO #258940)
                                        Aloknanda S. Bose (BBO # 658108)
                                        **CHOATE, HALL & STEWART**
                                        Exchange Place, 53 State Street
                                        Boston, MA  02109
                                        Tel.: (617) 248-5000
                                        NBOSE@CHOATE.COM

Dated:  July 29, 2005

3964475v1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
TURNBERRY ASSET MANAGEMENT, On Behalf of  )
Itself and All Others Similarly Situated,                      )
                                                                                   )
                            Plaintiff,                                 )
                                                                                   )
                        v.                                             )  Civil Action No. 05-10725 MLW
                                                                                   )
VIISAGE TECHNOLOGY, INC., BERNARD C.    )
BAILEY, WILLIAM K. AULET, DENIS K. BERUBE, )
BUDDY G. BECK, MARCEL YON, THOMAS J.      )
REILLY, CHARLES E. LEVINE, HARRIET              )
MOUCHLY-WEISS, PAUL T. PRINCIPATO, and   )
PETER NESSEN,                                                          )
                                                                                   )
                         Defendants.                           )
_____

## CERTIFICATE OF SERVICE

I, Aloknanda S. Bose, do hereby certify that on the 29th day of July, 2005 I caused a copy of the Notice of Change of Address of Counsel to be served by first class mail upon the attorneys of record for the Plaintiff.

                                                                     /s/ Aloknanda S. Bose
                                                                     Aloknanda S. Bose (BBO # 658108)
                                                                     **CHOATE, HALL & STEWART LLP**
                                                                     Exchange Place
                                                                     53 State Street
                                                                     Boston, MA  02109
                                                                   Tel.: (617) 248-5000

Dated:  July 29, 2005

3964504v1