# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| ERNESTO DARQUEA, | : |
| | : |
| | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :  **Case No. 1:05-cv-10438-MLW** |
| | : |
| VIISAGE TECHNOLOGY, INC., | : |
| BERNARD BAILEY, WILLIAM K. | : |
| AULET, and DENIS K. BERUBE, | : |
| | : |
| | : |
| Defendants. | : |

## NOTICE OF APPEARANCE

GERALD D. BRODER,                                    :
                                                     :
                                                     :
            Plaintiff,                               :
                                                     :
      v.                                             :    **Case No. 1:05-cv-10475-MLW**
                                                     :
VIISAGE TECHNOLOGY, INC.,                            :
BERNARD BAILEY, WILLIAM K.                           :
AULET, and DENIS K. BERUBE,                          :
                                                     :
                                                     :
            Defendants.                              :

JOHN FLYNN, On Behalf of Himself and                 :
All Others Similarly Situated,                       :
                                                     :
            Plaintiff,                               :
                                                     :
      v.                                             :    **Case No. 1:05-cv-10498-MLW**
                                                     :
VIISAGE TECHNOLOGY, INC.,                            :
BERNARD BAILEY, WILLIAM K.                           :
AULET, and DENIS K. BERUBE,                          :
BUDDY G. BECK, MARCEL YON, and                       :
THOMAS J. REILLY,                                    :
                                                     :
            Defendants.                              :

MIN CHANG, Individually, and On behalf               :
of All Others Similarly Situated,                    :
                                                     :
            Plaintiffs,                              :
                                                     :
      v.                                             :    **Case No. 1:05-cv-10537-MLW**
                                                     :
VIISAGE TECHNOLOGY, INC.,                            :
BERNARD BAILEY, WILLIAM K.                           :
AULET, and DENIS K. BERUBE,                          :
                                                     :
                                                     :
            Defendants.                              :

JOSEPH MARTIN, On Behalf of Himself
and All Others Similarly Situated,

               Plaintiff,

               v.                     **Case No. 1:05-cv-10577-MLW**

VIISAGE TECHNOLOGY, INC.,
BERNARD BAILEY, WILLIAM K.
AULET, and DENIS K. BERUBE,



               Defendants.

WAYNE CLARK, Individually and on
behalf of All Others Similarly Situated,

               Plaintiff,

               v.                     **Case No. 1:05-cv-10578-MLW**

VIISAGE TECHNOLOGY, INC.,
BERNARD BAILEY, WILLIAM K.
AULET, and DENIS K. BERUBE,


               Defendants.

DAPENG LUO,


               Plaintiff,

               v.                     **Case No. 1:05-cv-10615-MLW**

VIISAGE TECHNOLOGY, INC.,
BERNARD BAILEY, WILLIAM K.
AULET, DENIS K. BERUBE, BUDDY G.
BECK, MARCEL YON, THOMAS J.
REILLY, and CHARLES E. LEVINE

               Defendants.

TURNBERRY ASSET MANAGEMENT,   :
on behalf of itself and all others similarly   :
situated,

                              :

            Plaintiff,     :

                              :

            v.         :      **Case No. 1:05-cv-10725-MLW**

                              :

VIISAGE TECHNOLOGY, INC.,     :
BERNARD BAILEY, WILLIAM K.     :
AULET, DENIS K. BERUBE, BUDDY G.  :
BECK, MARCEL YON, THOMAS J.    :
REILLY, CHARLES E. LEVINE,      :
HARRIET MOUCHLY-WEISS, PAUL T.  :
PRINCIPATO, and PETER NESSEN,   :

                              :

           Defendants.   :

Please enter the appearance of Jeffrey C. Block on behalf of proposed Lead Plaintiff

Turnberry Asset Group.

                                 **BERMAN DEVALERIO PEASE**
                                 **TABACCO BURT & PUCILLO**

Dated: November 16, 2005          By:   /s/  Jeffrey C. Block, Esq.
                                 Jeffrey C. Block, Esq.
                                 Leslie R. Stern, Esq.
                                 One Liberty Square
                                 Boston, MA 02109
                                 *Proposed Liaison Counsel*

                                 Vincent R. Cappucci
                                 Stephen D. Oestreich
                                 Robert N. Cappucci
                                 **ENTWISTLE & CAPPUCCI LLP**
                                 280 Park Avenue – 26th Floor West
                                 New York, NY 10017

                                 **KLAFTER & OLSEN LLP**
                                 Jeffrey A. Klafter
                                 Kurt B. Olsen
                                 1311 Mamaroneck Ave., Suite 220
                                 White Plains, NY 10602
                                 *Proposed Co-Lead Counsel*