UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| ERNESTO DARQUEA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :  **Case No. 1:05-cv-10438-MLW** |
| | : |
| VIISAGE TECHNOLOGY, INC., BERNARD BAILEY, WILLIAM K. AULET, and DENIS K. BERUBE, | : |
| | : |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| GERALD D. BRODER, : | |
| : | |
| Plaintiff, : | |
| : | |
| v.            : | **Case No. 1:05-cv-10475-MLW** |
| : | |
| VIISAGE TECHNOLOGY, INC., : | |
| BERNARD BAILEY, WILLIAM K. : | |
| AULET, and DENIS K. BERUBE, : | |
| : | |
| Defendants. : | |
| : | |
| JOHN FLYNN, On Behalf of Himself and : | |
| All Others Similarly Situated, : | |
| : | |
| Plaintiff, : | |
| : | |
| v.            : | **Case No. 1:05-cv-10498-MLW** |
| : | |
| VIISAGE TECHNOLOGY, INC., : | |
| BERNARD BAILEY, WILLIAM K. : | |
| AULET, and DENIS K. BERUBE, : | |
| BUDDY G. BECK, MARCEL YON, and : | |
| THOMAS J. REILLY, : | |
| : | |
| Defendants. : | |
| : | |
| MIN CHANG, Individually, and On behalf : | |
| of All Others Similarly Situated, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v.            : | **Case No. 1:05-cv-10537-MLW** |
| : | |
| VIISAGE TECHNOLOGY, INC., : | |
| BERNARD BAILEY, WILLIAM K. : | |
| AULET, and DENIS K. BERUBE, : | |
| : | |
| Defendants. : | |

| | | |
|---|---|---|
| JOSEPH MARTIN, On Behalf of Himself and All Others Similarly Situated, | : : : | |
| Plaintiff, | : : | |
| v. | : : | **Case No. 1:05-cv-10577-MLW** |
| VIISAGE TECHNOLOGY, INC., BERNARD BAILEY, WILLIAM K. AULET, and DENIS K. BERUBE, | : : : : : : | |
| Defendants. | : : | |
| WAYNE CLARK, Individually and on behalf of All Others Similarly Situated, | : : : | |
| Plaintiff, | : : | |
| v. | : : | **Case No. 1:05-cv-10578-MLW** |
| VIISAGE TECHNOLOGY, INC., BERNARD BAILEY, WILLIAM K. AULET, and DENIS K. BERUBE, | : : : : : | |
| Defendants. | : : | |
| DAPENG LUO, | : : : | |
| Plaintiff, | : : | |
| v. | : : | **Case No. 1:05-cv-10615-MLW** |
| VIISAGE TECHNOLOGY, INC., BERNARD BAILEY, WILLIAM K. AULET, DENIS K. BERUBE, BUDDY G. BECK, MARCEL YON, THOMAS J. REILLY, and CHARLES E. LEVINE | : : : : : : | |
| Defendants. | : : | |

| | |
|---|---|
| TURNBERRY ASSET MANAGEMENT, on behalf of itself and all others similarly situated, : : : : Plaintiff, : : v. : : VIISAGE TECHNOLOGY, INC., : BERNARD BAILEY, WILLIAM K. : AULET, DENIS K. BERUBE, BUDDY G. : BECK, MARCEL YON, THOMAS J. : REILLY, CHARLES E. LEVINE, : HARRIET MOUCHLY-WEISS, PAUL T. : PRINCIPATO, and PETER NESSEN, : : Defendants. : | **Case No. 1:05-cv-10725-MLW** |

I, Sandra F. Melloul, hereby certify that true copies of the Notice of Appearance was served upon all counsel listed below, via United States Mail, First Class, Postage Pre-Paid.

Date: November 16, 2005                                       /s/ Sandra Melloul
                                                                          Sandra Melloul

**SHAPIRO HABER & URMY LLP**
Thomas G. Shapiro (BBO#454680)
Theodore M. Hess-Mahan (BBO#57109)
53 State Street
Boston, MA 02109
617-439-3939

**PASKOWITZ & ASSOCIATES**
Laurence D. Paskowitz
60 East 42nd Street
46th Floor
New York, NY 10165
(212) 685-0969
(212) 685-2306 (Fax)

**ROY L. JACOBS**
60 East 42nd Street
46th Floor
New York, NY 10165
(212) 867-1156
(212) 504-8343 (Fax)

**Attorneys For Movant Walter D. Cohutt**

David Pastor (BBO #391000)
John C. Martland (BBO #322980)
GILMAN AND PASTOR, LLP
60 State Street, 37th Floor
Boston, MA 02109
Telephone: (617) 742-9700
Facsimile: (617) 742-9701

**SEEGER WEISS LLP**
Stephen A. Weiss
Eric T. Chaffin
One William Street
New York, NY 10004
Telephone: (212) 584-0700
Facsimile: (212) 584-0799

**Attorneys for Movant Norwalk Group**

Mitchell H. Kaplan, Esq.
CHOATE, HALL & STEWART
Exchange Place, 53 State Street
Boston, MA 02109
T 617-248-5000

**Attorney for Defendants**